

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00094-CR

**BRIAN LEE RINEHART,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-F201700145-B

## MEMORANDUM  OPINION

Brian Lee Rinehart filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

Dismissal of the appeal would not prevent a party from seeking relief to which it would

otherwise be entitled.  The motion is granted, and the appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed October 30, 2019
Do not publish
[CR25]

